IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAM WALLACE,<br><br>     Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA,<br><br>     Defendant. | No. C 11-80235-MISC JSW<br><br>**ORDER RE PRE-FILING REVIEW AND DISMISSING COMPLAINT** |

The Court is under the obligation to pre-review the document filed by Mr. Wallace on September 28, 2011. Because he continued to submit unmeritorious filings with the Court, on November 17, 2004, in *Wallace v. United States Government, et al.*, C04-1147 FMS, Mr. Wallace was cautioned that a pre-filing review order, requiring judicial permission would apply to any new case he might file with this Court. In contravention of Federal Rule of Civil Procedure 8(a), Plaintiff failed to file a pleading setting forth the grounds upon which this Court has jurisdiction, "a short and plain statement of the claim showing that the pleader is entitled to relief, . . . and a demand for judgment for the relief the pleader seeks." In addition, Plaintiff's complaint is disjointed to the point of being incoherent and unintelligible. Therefore, leave to file is DENIED and this matter is DISMISSED.

**IT IS SO ORDERED.**

Dated: October 4, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JOHN W WALLACE,<br><br>        Plaintiff,<br><br>  v.<br><br>IN RE: JOHN W WALLACE et al,<br><br>        Defendant.<br>_____/ | Case Number: CV10-80134 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 4, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


John W. Wallace
General Delivery
Pasco, WA 99301

Dated: October 4, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2